IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PIERRE MILBURN, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 1:12-CV-1984 |
| vs. ) | |
| ) | |
| FREDIA WILLIS, individually, and ) | |
| ADVANAGE DIVERSIFIED PRODUCTS, ) | |
| INC., an ILLINOIS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES, Plaintiff, PIERRE MILBURN, by and through his attorney Yao O. Dinizulu of Dinizulu Law Group, Ltd., hereby complain against Defendants, FREDIA WILLIS and ADVANAGE DIVERSIFIED PRODUCTS, INC., as follows:

## GENERAL ALLEGATIONS

1. The Plaintiff, PIERRE MILBURN, during all relevant times was a citizen of the city of Chicago, County of Cook, State of Illinois.

2. That the Defendant, FREDIA WILLIS, during all relevant times was a citizen of the city of Kansas City, State of Missouri.

3. That the Defendant, ADVANAGE DIVERSIFIED PRODUCTS, INC., during all relevant periods was an Illinois corporation doing business in Cook County, Illinois.

4. During all relevant times, herein, Defendant FREDIA WILLIS was an independent contractor for ADVANAGE DIVERSIFIED PRODUCTS, INC (hereinafter, "Advanage").

5. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1332.

## COUNT I – NEGLIGENCE

6. Plaintiff realleges paragraphs 1-5 of this Complaint as set forth above, as fully set forth herein.

7. On or about May 7, 2011, Plaintiff Pierre Milburn was a passenger in a vehicle bearing Illinois license plate number K410090, driven by Fredia Willis.

8. At all relevant times, the vehicle was owned by Defendant Advanage.

9. Plaintiff Pierre Milburn was an independent sales representative of Advanage.

10. Defendant Fredia Willis is an agent of Advanage.

11. The vehicle driven by Defendant Fredia Willis bears Illinois license plate number K410090.

12. Defendant Advanage was previously advised of Fredia Willis' chronic fatigue while at work.

13. Defendant Fredia Willis fell asleep while driving; the vehicle became airborne, slammed into the median crossover, and hit a yield/one-way sign.

14. As a result of the accident, Plaintiff Pierre Milburn had to seek medical treatment.

15. The Defendant Fredia Willis had a duty to do the following:
    a. To make proper observations;
    b. To exercise due care and caution;
    c. To have his vehicle under control.

16. The Defendant breached the duty of care by the following:
    a. Failing to make proper observations and hitting the median crossover and yield/one-way sign;

    b. Failing to exercise due care and caution by falling asleep while driving;

    c. Failing to have his vehicle under control when he fell asleep, and allowing it to collide with the crossover median and yield/one-way sign.

17. That the Defendant's act was the cause in fact and the proximate cause of Plaintiff's injuries.

18. That as a direct and proximate result of Defendant's act, Plaintiff has sustained numerous injuries.

19. Plaintiff has also incurred excessive and expensive medical bills associated with the Defendant's act; and his suffering includes but is not limited to:

    a. Pain, suffering, humiliation, anxiety, embarrassment, past and future, permanent injuries and anatomical changes, denial of everyday social pleasures and other noneconomic loss and damage.

    b. Loss of earning capacity.

WHEREFORE, Plaintiff PIERRE MILBURN, requests Judgment against Defendant FREDIA WILLIS, in excess of the jurisdictional amount of this court and all other compensation this Court deems appropriate.

## COUNT II – NEGLIGENT ENTRUSTMENT

20. Plaintiff realleges paragraphs 1-19 of this Complaint as set forth above and as fully set forth herein.

21. Plaintiff Pierre Milburn was an independent sales representative of Advanage.

22. Defendant Fredia Willis is an agent of Defendant Advanage.

23. Defendant Fredia Willis drove Defendant Advanage's company vehicle bearing Illinois license plate K410090.

24. Defendant Advanage was previously advised of Fredia Willis' chronic fatigue while at work.

25. Defendant Fredia Willis fell asleep while driving; the vehicle became airborne, slammed into the median crossover, and hit a yield/one-way sign.

26. As a result of the accident, Plaintiff Pierre Milburn had to seek medical treatment.

27. In allowing independent contractor Fredia Willis to drive their company vehicle, Defendant Advanage had a duty to do the following:

    a. To ensure that Fredia Willis was not incompetent by reason of age, inexperience, habitual recklessness;

    b. To know of Fredia Willis' competence or lack thereof;

    c. They entrusted him to drive their vehicle bearing license plate number K410090;

    d. To ensure that Fredia Willis was not negligent in driving their company vehicle.

28. In allowing independent contractor Fredia Willis to drive their company vehicle, Defendant Advanage breached its duty to do the following:

    a. Failing to ensure that Fredia Willis was not incompetent by being chronically fatigued;

    b. Failing to prohibit Fredia Willis from working while chronically fatigued;

29. That the Defendant's act was the cause in fact and the proximate cause of Plaintiff's injuries.

30. That as a direct and proximate result of the Defendant's act, Plaintiff has sustained numerous injuries.

31. Plaintiff has also incurred excessive and expensive medical bills associated with the Defendant's act; and his suffering includes but is not limited to;

    a. Pain, suffering, humiliation, anxiety, embarrassment, past and future, permanent injuries and anatomical changes, denial of everyday social pleasures and other noneconomic loss and damage.

    b. Loss of earning capacity.

WHEREFORE, Plaintiff PIERRE MILBURN, requests Judgment against Defendant ADVANAGE, in excess of the jurisdictional amount of this court and all other compensation this Court deems appropriate.

                      Respectfully submitted,

                      DINIZULU LAW GROUP, LTD.

                By:    s/ Yao O. Dinizulu
                          Yao O. Dinizulu
                          Plaintiff's Attorney

Yao O. Dinizulu
DINIZULU LAW GROUP, LTD.
221 N. LaSalle, Suite 1100
Chicago, IL 60601
Telephone: (312) 384-1920
Facsimile: (312) 384-1921
Dinizulu@dinizululawgroup.com
ARDC No. 6242794